UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO ULISES REYES,<br>　　　　　Plaintiff,<br>　　v.<br>GISELLE MATTESON, et al.,<br>　　　　　Defendants. | Case No. 20-cv-01905-JSC<br><br>**ORDER OF TRANSFER** |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983.[1] He complains about the conditions of confinement at his former institution, California State Prison, Solano ("CSP – Solano"), where the Defendants are also located.

When, as here, jurisdiction is not founded on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a).

Plaintiff's allegations arise out of events or omissions at CSP – Solano, and the allegedly responsible officials are located there. Solano County lies within the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84.

---

[1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (Dkt. No. 4.)

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk of the Court shall transfer this matter forthwith. In light of this transfer, the Court defers to the Eastern District for ruling on the motion for leave to proceed in forma pauperis.

The Clerk shall terminate docket number 2 from this Court's docket.

**IT IS SO ORDERED.**

Dated: April 7, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO ULISES REYES,<br><br>Plaintiff,<br><br>v.<br><br>GISELLE MATTESON, et al.,<br><br>Defendants. | Case No. 20-cv-01905-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 7, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Braulio Ulises Reyes ID: BE7620
San Quentin State Prison
San Quentin, CA 94974

Dated: April 7, 2020

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3